# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1903

_____

Robert L. Hill,                                     *
                                                    *
                Appellant,                          *
                                                    *
        v.                                          *    Appeal from the United States
                                                    *    District Court for the Eastern
James D. Purkett, Superintendent; Don               *    District of Missouri.
Roper, Superintendent - FCC; Mark                   *
Stephens, Investigator - FCC; Mike                  *        [UNPUBLISHED]
Gann, Function Unit Manager - FCC;                  *
Michael Lundy, Adjustment Officer -                 *
FCC,                                                *
                                                    *
                Appellees.                          *

_____

Submitted:  July 29, 2003
    Filed:  August 1, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Robert L. Hill appeals the district court's[*] preservice dismissal without prejudice of his civil action. Having carefully reviewed the record, we conclude dismissal was proper. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[*]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.